PHOEBE SARAH SEATON (SBN 238273)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
629 Main Street
Delano, CA 93215
Telephone: 661-725-4350 /Facsimile: 661-725-1062

MICHAEL MARSH (SBN 232861)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Street
Salinas, CA
Telephone: 831-757- 5221/Facsimile:  831 – 757-6212

CYNTHIA L. RICE (SBN (087630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: 415-777-2752/Facsimile:  415-543-2752

Attorneys for Plaintiff PATRICIA CONTRERAS

ANDREW E. ASCH (SBN 198857)
SARAH C. ABBOTT (SBN 231863)
ROLL INTERNATIONAL CORPORATION - LEGAL DEPARTMENT
11444 W. Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone: 310-966-5700 /Facsimile: 310-966-5758

Attorneys for Defendant PARAMOUNT FARMS, INC.

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICIA CONTRERAS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PARAMOUNT FARMS, INC.,<br><br><br>　　　　　Defendant. | **Case No.:  07-CV-1622-LJO-DLB**<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE FROM JUNE 16, 2008 TO JULY 21, 2008**<br><br>**Settlement Conference Currently set for:**<br>**Date: June 16, 2008**<br>**Time: 10:00 a.m.**<br>**Mag. Judge Dennis L. Beck (Ctrm. 9)** |

1    On March 11, 2008, this Court issued a Scheduling Conference Order setting various

2  dates, including a Settlement Conference on June 16, 2008 at 1:30 p.m. in Courtroom 9 before

3  Magistrate Judge Dennis L. Beck.  The Court's Order provides that, if the parties believe the

4  case in not in a settlement posture and so inform the Court, the Court may reset the settlement

5  conference.

6    The parties have conducted preliminary discovery, and plan to take depositions and

7  exchange additional discovery for the next month.  The parties currently agree that a settlement

8  conference at this time will neither be a meaningful nor productive way resolve this case, and

9  believe that they will be in a better position to settle the case after this discovery is completed.

10    IT IS HEREBY STIPULATED by and between Plaintiff Patricia Contreras and

11  Defendant Paramount Farms, Inc., through their respective attorneys of record, that the

12  Settlement Conference currently set for June 16, 2008, be continued until July 21, 2008 in order

13  to give the parties sufficient time to conduct discovery in advance of the Settlement Conference.

14    No prior extensions of time have been requested or granted, and this extension will not

15  affect the trial or final status conference set in this case.

16

17

18  IT IS SO STIPULATED.

19

20

21  Dated:  June __, 2008                    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                                            PHOEBE SARAH SEATON

22                                              /S/

23                                       By: _____
                                              Phoebe Sarah Seaton

24                                            Attorney for Plaintiff PATRICIA CONTRERAS

25  //

26  //

27  //

28

Dated:  June __, 2008                    ROLL INTERNATIONAL CORP. – LEGAL DEPT.
                                         ANDREW E. ASCH
                                         SARAH C. ABBOTT

                                  By:        /S/
                                  _____
                                  Sarah C. Abbott
                                  Attorney for Defendant PARAMOUNT FARMS, INC.


## <u>ORDER</u>

Based upon the foregoing Stipulation of the parties, and good cause appearing therefore,

the Settlement Conference set for June 16, 2008 is continued to July 21, 2008 at 10:00 a.m..

**IT IS SO ORDERED.**


DATED:  12 June 2008                     /s/ Dennis L. Beck

                                  The Hon. Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28