1

2

3

4

5

6

7               **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   PATRICIA CONTRERAS,                      CASE NO. CV F 07-1622 LJO DLB

11                                            **ORDER SETTING SETTLED CASE**
                                             **STATUS CONFERENCE**
12                     Plaintiff,

              vs.
13
     PARAMOUNT FARMS, INC.,
14
                      Defendant.
15   _____/

16          This case settled at a court supervised settlement conference on August 13, 2008.  To date,

17   documents dismissing the case have not been filed.  Accordingly, this Court sets a settled case status

18   conference for October 30, 2008 at 8:15 a.m. in Department 4 of this Court.  If documents dismissing

19   the case are filed before the status conference, the conference will be vacated.

20

21   **IT IS SO ORDERED.**

22   **Dated:    September 23, 2008           /s/ Lawrence J. O'Neill**
                                       **UNITED STATES DISTRICT JUDGE**
23

24

25

26

27

28

                                              1