IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONTRERAS, | CASE NO. CV F 07-1622 LJO DLB |
| Plaintiff, | **ORDER TO FILE DISPOSITIVE DOCUMENTS AFTER SETTLEMENT** |
| vs. | |
| PARAMOUNT FARMS, INC., | |
| Defendants. | |

Settlement was reached at the August 13, 2008 settlement conference. At the settlement conference, the parties were directed to file papers to dismiss this action. Despite assurances from counsel that the papers would be filed, no dismissal papers have been filed. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court:

1. ORDERS the parties, no later than October 31, 2008, to file papers to dismiss this action in its entirety. Failure to file dispositive papers will result in an order to show cause in writing why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to dismiss this action in a timely manner; and

2. VACATES the October 30, 2008 status conference.

IT IS SO ORDERED.

**Dated:   October 22, 2008**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1