# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONTRERAS, | CASE NO. CV F 07-1622 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| PARAMOUNT FARMS, INC., | |
| Defendants. | |

Settlement was reached at the August 13, 2008 settlement conference. At the settlement conference, the parties were directed to file papers to dismiss this action. Despite assurances from counsel that the papers would be filed, no dismissal papers were filed. According, this Court ordered the parties, no later than October 31, 2008, to file papers to dismiss this action in its entirety. (Doc. 17).

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action with prejudice;
2. VACATES all pending matters, if any; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 31, 2008**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE